IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACLYN C. OAKLEY :
:
    Plaintiff : CIVIL ACTION
:
vs. :
: NO. 09-CV-02776
ORTHOPAEDIC ASSOCIATES OF :
ALLENTOWN, LTD, et al. :
:
    Defendants :

## ORDER

AND NOW, this 28th day of September, 2010, it is ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 18) is GRANTED in part and DENIED in part. The Motion is GRANTED as to Plaintiffs' claims for disparate treatment and retaliation under Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act. The Motion is DENIED as to Plaintiff's claim for failure to accommodate under Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act .

It is further ORDERED that Defendants' Motion for Summary Judgment as to their breach of contract counterclaim is DENIED without prejudice.

                                                  BY THE COURT:

                                                /s/ *Thomas N. O'Neill, Jr.*
                                                _____
                                                THOMAS N. O'NEILL, JR.,     J.